third defense, and as thus modified affirmed, with ten dollars costs and disbursements to the defendant, appellant. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. Order so far as appealed from modified by denying the motion as to the third defense, and as so modified affirmed, with ten dollars costs and disbursements to the defendant, appellant.

---

DALMAZIO SCRIVANICH, Respondent, v. HENRY D. YODER, President of the AMERICAN MANUFACTURERS FOREIGN INSURANCE EXCHANGE, an Unincorporated Association, Appellant.— Order modified as directed in order and as so modified affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DEWEY HOLDING CORPORATION v. ADAM KERNER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before January 21, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD GEORGE v. CORNISH ARMS HOTEL COMPANY, INC., and SID BLAKE.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before February 15, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN REILLY v. HOTEL ANSONIA CORPORATION and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before January 16, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Application of WILLIAM J. SCHIEFFELIN v. JAMES J. WALKER, as Mayor, etc., and Others, and CHARLES W. BERRY, as Comptroller of the City of New York.— Motion for leave to appeal granted; motion for stay denied. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAMUEL M. MARCUS, as Receiver, etc., v. UNITED STATES CASUALTY COMPANY.— Preference granted for January 17, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CITY OF NEW YORK v. STATHIS D. ANTONOPULOS and Another.— Preference granted for January 12, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NELSON MACY, Individually and as Executor, etc., v. SUSAN A. BURCHILL and Another, Individually and as Executrix and Executor, etc.— Preference granted for January 17, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DEWEY HOLDING CORPORATION v. ADAM KERNER.— This case must be decided on the judgment roll and the exceptions to the conclusions of law alone. The findings of fact being stipulated, and no exceptions having been taken on the trial, the weight of evidence is not involved. Therefore, the exhibits consisting of maps need neither be reproduced for the record nor presented in court. The motion for leave to dispense with printing said exhibits is, therefore, denied as unnecessary. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SPARACCIO.— Motion granted, appellant's points to be filed on or before January 23, 1928, with notice of argument for February 7, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.